[No. 72711-7-I.   Division One.   December 14, 2015.]

EDWARD M. GOODMAN ET AL., *Respondents*, v. MICHAEL J. GOODMAN ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Skagit County, No. 10-2-00587-3, Susan K. Cook, J., entered October 8, 2014. *Affirmed* by unpublished opinion per Trickey, J., concurred in by Becker and Schindler, JJ.

[No. 72890-3-I.   Division One.   December 14, 2015.]

WAYNE GODING, *Respondent*, v. CIVIL SERVICE COMMISSION OF KING COUNTY, *Respondent*, KING COUNTY ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 14-2-10137-6, Kimberley Prochnau, J., entered November 13, 2014. *Reversed* by unpublished opinion per Dwyer, J., concurred in by Schindler and Leach, JJ. Now published at 192 Wn. App. 270.

[No. 73639-6-I.   Division One.   December 14, 2015.]

DEBBIE K. BALTAZAR, *Appellant*, v. DONALD PARADISE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 11-2-01856-1, Christine Schaller, J., entered August 1, 2014. *Reversed* and *remanded* by unpublished opinion per Leach, J., concurred in by Spearman, C.J., and Trickey, J.